UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| WILLIAM GREGORY, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:17-CV-81 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ARAMARK FOOD SERVICE ) | |
| GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

United States Magistrate Judge Christopher H. Steger filed a report and recommendation (the "R&R") (Doc. 3) on Plaintiff's motion to proceed *in forma pauperis* on his employment discrimination claim. (Doc. 1.) The Magistrate Judge found Plaintiff had failed to state a claim on which relief could be granted, as Plaintiff failed to allege he was a member of a protected class or that the other employees who were allegedly treated better for the same conduct were similarly-situated members of a different class. (Doc. 3.) The Magistrate Judge therefore recommended Plaintiff's complaint be dismissed and Plaintiff's motion to proceed *in forma pauperis* be denied as moot. Neither party objected to the R&R within the given fourteen days.

The Court **ACCEPTS** and **ADOPTS** the R&R (Doc. 3). Plaintiff's complaint (Doc. 2) is **DISMISSED** without prejudice. The clerk is **DIRECTED TO TERMINATE AS MOOT** Plaintiff's motion to proceed *in forma pauperis* (Doc. 1).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**